UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| THOMAS WAYNE WALLER | CIVIL ACTION NO. 22-cv-1421 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| SOCIAL SECURITY ADMINISTRATION, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 24] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 20] is **GRANTED**. This civil action is dismissed for lack of jurisdiction.

**MONROE, LOUISIANA**, this the 17th day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE